# 728 CASES REPORTED WITH BRIEF SYLLABI.

Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JAMES CONLAN, SR., Respondent, v. TURN VEREIN OF BROOKLYN, EASTERN DISTRICT, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BENNY EHRLICH, Appellant, v. JULIUS POWERS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ROBERT G. HAIGHT, Respondent, v. OSCAR B. HILL and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ANDREW J. IGOE, Appellant, v. CAMERON, MICHEL & COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. That part of the motion which related to the entry of a judgment for a sum alleged to have been admitted to be due by the answer, and for a severance of the action, was, we think, properly decided by the Special Term. The plaintiff sued in tort; defendant denied the tort, and alleged that the sole relation between the parties was a contractual one. The defendant also alleged that the contract had been carried out, and admitted that there was a sum due thereon. There was, however, no admission of any part of the cause of action pleaded by the plaintiff, namely, conversion. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

In the Matter of the Application of JOSEPH SCHWARTZ, a Citizen Taxpayer and Qualified Voter at the Last General Election of the City of Yonkers, Petitioner, v. LOUIS N. ELLRODT, County Clerk, and BERNARD KÓCH, Deputy County Clerk, in Charge of Elections, Constituting the Bureau of Elections for the County of Westchester, State of New York, Respondents.— Final order denying application for a peremptory mandamus order requiring respondents to advertise a special election in the city of Yonkers on June 1, 1925, affirmed on argument, without costs. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

In the Matter of the Probate of the Last Will and Testament of VICTOR TOCK, Deceased.— Decree and order of the Surrogate's Court of Queens county unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of THE WESTCHESTER ELECTRIC RAILROAD COMPANY, Respondent, for an Order of Mandamus against the CITY OF MOUNT VERNON and Others, Appellants.— Peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

JAMES LONGACRE, an Infant, by FREDERICK V. D. LONGACRE, His Guardian ad Litem, Appellant, v. YONKERS RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BRUCE E. LOOMIS, Respondent, v. HENRY W. MARSH and Another, Copartners, etc., Appellants.— Order denying motion to vacate subpœna duces tecum affirmed, with ten dollars costs and disbursements, upon authority of *New York City Car A. Co.* v. *Regensburg & Sons, Inc.* (205 App. Div. 705). Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

JOHN P. MARTO, an Infant, by SUSIE MARTO, His Guardian ad Litem, Respond-